USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :

UNITED STATES OF AMERICA       :
      - v. –                               :
                                            :      1:19-cr-784-GHW
JORGE CASTILLO,                   :
                                            :      ORDER
            Defendant.               :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GREGORY H. WOODS, United States District Judge:

        Upon the application of the United States of America, by and through Geoffrey S. Berman, United States Attorney for the Southern District of New York, Daniel H. Wolf, Assistant United States Attorney, of counsel, and with the consent of Jorge Castillo, by and through his attorneys, John Russo, Esq., and Michael Horn, Esq., it is hereby ORDERED that the pretrial conference is continued from April 30, 2020 to June 30, 2020 at 2:30 p.m.

        The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to review discovery and the parties to continue to discuss a pretrial resolution of this matter, and in light of the COVID-19 pandemic and its unique resulting limitations on trial preparation. Accordingly, it is further ORDERED that the time from the date of this order through June 30, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

        The Coronavirus Aid, Relief, and Economic Security Act permits the Court to conduct certain criminal proceedings remotely. No later than June 15, 2020, counsel for the defendant is directed to write the Court to inform the Court whether the defendant consents to a remote proceeding. Counsel for the defendant may wish to confer with the Assistant United

States Attorney regarding the form developed by the United States Attorney and the Office of the Federal Defender to document such consents.   Moreover, given the nature of the issues to be discussed at the upcoming status conference, counsel for the defendant is directed to consider whether the defendant's participation in the hearing is necessary.   If the defendant concludes that his presence is not necessary, and that he does not wish to be present, the letter submitted by defense counsel on or prior to June 15, 2020 should note those facts.   In the event that the defendant consents to permit the proceeding to go forward without his physical presence, the Court expects that it will schedule the conference to take place by teleconference or conference call.

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.

       SO ORDERED.

       Dated: April 28, 2020

_____
GREGORY H. WOODS
United States District Judge