**J.L. Russo, P.C.**
31 - 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  JLRussoPC@Gmail.com

**JOHN L. RUSSO**
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

PARALEGAL
Maria Nunez, B.S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/20

# MEMORANDUM ENDORSED

July 27, 2020

**Via ECF Only**
Honorable Gregory H. Woods
United State District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States of America v. Jorge Castillo
             Case No.: 19-CR-784(GHW)

Your Honor:

    This office represents Jorge Castillo, the defendant in the above referenced matter which is pending before the Court.  **We write to respectfully request permission from the Court for my client to travel to see his family in the Dominican Republic from July 29, 2020 through August 15, 2020, and for Pre-Trial services to temporarily return Mr. Castillo's passport for purposes of the requested travel.**

    I have spoken to Mr. Castillo's pre-trial officer Sean Bostic, and he has advised that Pre-Trial services **will not object to this request should the Court approve same.** AUSA Wolf has indicated that the Government will take no position and defers to Pre-Trial services on the request.

    The Court's consideration of this request is respectfully appreciated.  Thank you.

                        Yours truly,

                        *John Russo*
                        John L. Russo (JR6200)

Cc: AUSA Daniel H. Wolf

Application denied.  This application does not provide sufficient information to justify this proposed substantial modification to the terms of the defendant's pretrial release conditions.
SO ORDERED
July 27, 2020        _____
                             GREGORY H. WOODS
                        United States District Judge