UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/3/2020

UNITED STATES OF AMERICA,

              -v-

JORGE CASTILLO,

                       Defendant.

----------------------------------------------------------- X

1:19-cr-784-GHW

<u>ORDER</u>

GREGORY H. WOODS, District Judge:

As stated on the record during the status conference held on September 30, 2020, and memorialized by the Court's minute entry that same day, any pretrial motions by Defendant were due no later than November 30, 2020.  That deadline has passed.  The Court observes that Defendant has not filed a pretrial motion, and as such, the Court understands that Defendant does not intend to file such a motion.

As stated on the record during the status conference held on September 30, 2020, and memorialized by the Court's minute entry that same day, trial in this matter will commence at 9:00 a.m. on April 5, 2021.  Unless otherwise ordered, the trial will take place in Courtroom 23B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions in limine, are due no later than January 15, 2021.  If any motions in limine are filed, opposition papers are due no later than seven days after the date of service of the motion.  Reply papers, if any, are due no later than four days after the date of service of the opposition.  Courtesy copies of motions in limine should be submitted when the motions are fully briefed.  The Court will hold a final pretrial conference in this matter on March 12, 2021 at 1:00 p.m.

The parties are further directed to submit:  (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than February 5, 2021.  If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated:  December 3, 2020

Gregory H. Woods
United States District Judge