USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,
:
:
:
:
-v-                                                                             :         1:19-cr-784-GHW
:
:
JORGE CASTILLO,                                                       :         ORDER
                            Defendant.    :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

In the Court's December 4, 2020 order, the parties were directed to submit the pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including any motions *in limine*, by no later than January 15, 2021. Dkt. No. 34. The Court has not received the parties' submissions, and therefore understands that the parties do not intend to file any motions *in limine*. The parties are directed to submit the remaining pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases forthwith, and in no event later than January 22, 2021.

       SO ORDERED.

Dated: January 19, 2021

                                                                                     GREGORY H. WOODS
                                                                 United States District Judge