**JOHN L. RUSSO**
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

**J.L. Russo, P.C.**
31 - 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: JLRussoPC@Gmail.com

PARALEGAL
Maria Nunez, B.S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2021

# MEMORANDUM ENDORSED

January 21, 2021

**Via ECF Only**
Honorable Gregory H. Woods
United State District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States of America v. Jorge Castillo
                Case No.: 19-CR-784(GHW)

Your Honor:

This office represents Jorge Castillo, the defendant in the above referenced matter which is pending before the Court. **We write to respectfully request an extension of of 30 days for the parties to submit/exchange materials and otherwise comply with Rule 6 of the Court's Individual Rules. The parties are actively engaged in discussions towards a disposition in this matter which will obviate the need for a trial.** The requested extension of time will permit the Government to review and consider the Defendant's application for a plea or disposition short of the pending charges.

AUSA Wolf and I have discussed the instant application and the Government agrees with this request.

The Court's consideration of this request is respectfully appreciated. Thank you.

                                                                       Yours truly,

                                                                    *John Russo*
                                                                    John L. Russo (JR6200)

Cc: AUSA Daniel H. Wolf

---

Application granted in part. The deadline for the parties to submit the pre-trial materials described in the Court's December 3, 2020 order, Dkt. No. 34, is extended to February 5, 2021. This is a three week extension from the date on which those materials were due--January 15, 2021. The Court is disappointed that the parties failed to comply with the Court's scheduling order. Disregard of the court-ordered schedule by counsel for the United States is particularly disappointing--and unusual. The Court expects that counsel will request an extension of time if desired before the deadline--not nearly a week after the deadline, and only after prompted by the Court. The Court's individual rules require that extensions of time be requested at least two business days prior to the deadline sought to be extended absent an emergency. See Rule 2(E). The Court hopes that counsel do not take the message from this post hoc extension of time that their decision to disregard the Court's scheduling order was appropriate, or that scheduling orders can be disregarded without consequences. That the parties are engaged in discussions to resolve the case does not excuse compliance with the order. The parties should not expect further extensions of time.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 36.
SO ORDERED.
January 21, 2021

                                                                       GREGORY H. WOODS
                                                                   United States District Judge