```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                     -v-                                    1:19-cr-784-GHW

    JORGE CASTILLO,                              ORDER
                                   Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    As stated on the record during the February 9, 2021 conference, the jury trial in this matter is rescheduled to April 26, 2021 at 9:00 a.m. Unless otherwise ordered, the trial will take place in Courtroom 23B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

    The final pretrial conference in this matter will remain on March 12, 2021 at 1:00 p.m. Defendant's proposed *voir dire* questions are due no later than March 4, 2021. The parties are directed to jointly submit (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, by no later than March 4, 2021. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

    Defendant's proposed verdict forms and requests to charge are due no later than April 2, 2021.

    SO ORDERED.

Dated: February 9, 2021

                                                                       Gregory H. Woods
                                                               United States District Judge