March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Jorge Castillo,

                Defendant(s).
-------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEOCONFERENCE

19-CR-784 GHW

Defendant __Jorge Castillo__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__JORGE CASTILO__
Print Defendant's Name

_____
Defense Counsel's Signature

__John L. Russo__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

February 10, 2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge