USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
:
:
-v- : 1:19-cr-784-GHW
:
:
JORGE CASTILLO, : ORDER
Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On February 9, 2021, the Court ordered Defendant to submit his proposed *voir dire* questions by no later than March 4, 2021. Dkt. No. 42. The Court has not received Defendant's submission. Defendant is ordered to submit his proposed *voir dire* questions forthwith, and in no event later than March 5, 2021. Alternatively, in the event that Defendant prefers to use the Government's proposed *voir dire* questions, Defendant is directed to write a letter to the Court stating his position.

The Court reminds the parties that their pretrial materials were originally due by January 15, 2021. Dkt. No. 34. After the parties did not submit their materials by that date, the Court directed the parties to submit their materials by January 22, 2021. Dkt. No. 35. On January 22, 2021, the Court granted the parties another extension to February 5, 2021, Dkt. No. 37, and granted Defendant another extension on February 9, 2021. Dkt. No. 42. The Court expects Defendant to comply with this order without delay.

SO ORDERED.

Dated: March 5, 2021
New York, New York

_____
Gregory H. Woods
United States District Judge