USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,          :
:
:
:
-v-                            :           1:19-cr-784-GHW
:
:
JORGE CASTILLO,                         :           ORDER
            Defendant.       :
:
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

As stated on the record during the March 12, 2021 pretrial conference, the deadline for Defendant to submit his proposed *voir dire* questions and requests to charge is extended to March 19, 2021.

SO ORDERED.

Dated:  March 12, 2021
New York, New York

_____
Gregory H. Woods
United States District Judge