USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
:
-against- : 1:19-cr-784-GHW
:
:
JORGE CASTILLO, : ORDER
Defendant. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On March 31, 2021, the Court held a teleconference to discuss the trial scheduled to commence on April 26, 2021. The parties should be prepared to proceed with trial on April 26, 2021, as scheduled.

As stated on the record during that conference, defense counsel is directed to provide the Court with a letter regarding their qualifications, as to inform the Court's evaluation of their application to be appointed CJA counsel on a temporary basis. Counsel should provide that letter to the Court by no later than April 2, 2021. The Court expects to schedule a follow-up conference after it receives counsel's submission.

SO ORDERED.

Dated: March 31, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge