```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
  UNITED STATES OF AMERICA,

                  -against-                          1:19-cr-784-GHW

  JORGE CASTILLO,                                 ORDER
                                Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      As stated on the record during the April 6, 2021 conference, Defendant's objections to the Government's proposed requests to charge, Dkt. No. 39, are due by no later than April 13, 2021. Defendant's proposed verdict form is due by the same date.

      SO ORDERED.

Dated: April 6, 2021
New York, New York

                                                                _____
                                                                 GREGORY H. WOODS
                                                             United States District Judge