```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
  :
UNITED STATES OF AMERICA,  :
  :
  :
            -against-  :         1:19-cr-784-GHW
  :
JORGE CASTILLO,  :         ORDER
                         Defendant.  :
  :
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

The Court will hold a teleconference on April 7, 2021 at 3:00 p.m. to discuss defense counsel's request to be appointed as CJA counsel. It is hereby ORDERED that the proceeding will take place on the Microsoft Teams videoconference platform. To access the conference, paste the following link into your browser:

> https://teams.microsoft.com/l/meetup-join/19%3ameeting_NDNjZmQ5NGYtYTAyYS00N2ExLTk5YmYtOGZhYzU1NzY4MThl%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%2279c81400-3587-4ee7-8008-ba97ebee86ba%22%7d

To use this link, you may need to download software to use the platform's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference—including their ability to access the link above. Defense counsel shall assist the defendant in testing his or her videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Microsoft Teams application is highly

---

[1] *See* Microsoft, *Download Microsoft Teams* (last visited January 27, 2021), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.

recommended.[2]  When you successfully access the link, you may be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

Members of the press, public, or counsel may access the conference's audio using the following credentials:

    Call-in number:  (917) 933-2166
    Conference ID:  197 060 750#

The Court requests that members of the public consider accessing the conference by telephone, rather than through the Microsoft Teams videoconference platform.  While the proceeding is accessible to the public through the Microsoft Teams videoconference platform, the inclusion of many participants on the videoconference platform can reduce the quality of the video stream for the parties and their respective counsel.

SO ORDERED.

Dated: April 6, 2021
New York, New York

                 _____
                  GREGORY H. WOODS
                  United States District Judge

---

[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.