```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
UNITED STATES OF AMERICA, :
:
:
:
-against- : 1:19-cr-784-GHW
:
:
JORGE CASTILLO, : ORDER
Defendant. :
:
------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

For the reasons stated on the record during the April 9, 2021 conference, the Court finds good cause to appoint attorney John Russo to serve as counsel for Defendant, pursuant to Section 7(D) of the Southern District of New York's Plan for Furnishing Representation Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, effective as of that date. This appointment shall constitute a temporary appointment to the CJA Panel for the purpose of trial-related representation only.

SO ORDERED.

Dated: April 10, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge


SO ORDERED.
4/15/2021 NPT 4/9/2021
/s/ Laura Taylor Swain
Chief United States District Judge