```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

                  -against-                                  1:19-cr-784-GHW

   JORGE CASTILLO,                                             ORDER
                                 Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      On April 14, 2021, the Government filed its motions in limine for the April 26, 2021 trial in this case. Dkt. No. 58. The briefing schedule for those motions is as follows: any opposition is due no later than **12:00 a.m. on April 18, 2021**; any reply is due no later than **12:00 p.m. on April 20, 2021.** If any of the motions necessitate a hearing, the hearing will take place on **April 22, 2021 at 3:00 p.m.**

      On April 6, 2021, the Court ordered that Defendant's counsel submit a proposed verdict form and any objections to the Government's proposed requests to charge by no later than April 13, 2021. The Court has not received those materials. Defendant's counsel is ordered to submit those materials forthwith. If Defendant's counsel fails to submit those materials by **April 16, 2021**, the Court will understand that Defendant does not object to the Government's proposals.

      SO ORDERED.

Dated: April 14, 2021
New York, New York

                                                             _____
                                                               GREGORY H. WOODS
                                                           United States District Judge