```
                                                         USDC SDNY
                                                         DOCUMENT
                                                         ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                             DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                            DATE FILED: 4/19/2021
------------------------------------------------------------- X
                                                      :
   UNITED STATES OF AMERICA,                          :
                                                      :
                                                      :
                         -against-                    :    1:19-cr-784-GHW
                                                      :
                                                      :
   JORGE CASTILLO,                                    :    ORDER
                               Defendant.             :
                                                      :
------------------------------------------------------------- X
```

GREGORY H. WOODS, District Judge:

On April 14, 2021, the Government filed motions in limine for the April 26, 2021 trial in this case. Dkt. No. 58. The Court ordered that any opposition by Defendant was due no later than 12:00 a.m. on April 18, 2021 and that any reply was due no later than 12:00 p.m. on April 20, 2021. Dkt. No. 60. On April 18, 2021 at 9:10 p.m., Defendant responded to the Government's motions and filed his own motions in limine. The Government's opposition to those motions are due by no later than 12:00 p.m. on April 20, 2021. Defendant's reply, if any, is due no later than **10:00 a.m. on April 21, 2021.** The Court expects the parties to comply with those deadlines without exception.

SO ORDERED.

Dated: April 19, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge