USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                -against-                      1:19-cr-784-GHW

    JORGE CASTILLO,                                  ORDER
                            Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    A jury trial in this matter will commence at 9:00 a.m. on April 26, 2021. The trial will take place in **Courtroom 23B** of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

    SO ORDERED.

Dated: April 23, 2021
New York, New York

                                                      _____
                                                         Gregory H. Woods
                                                   United States District Judge