USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,
:
:
:
-against-       :   1:19-cr-784-GHW
:
:
JORGE CASTILLO,       :   ORDER
Defendant.   :
:
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On April 23, 2021, the Government filed a motion to preclude Defendant from offering evidence at trial that he engaged in prior good acts. Dkt. No. 79. Defendant is ordered to file any opposition by no later than **12:00 noon on April 25, 2021.**

The Court will address the Government's application at 9:00 a.m. on April 26, 2021 in Courtroom 23B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated: April 23, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge