March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Jorge Castillo

                     Defendant(s).
-------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

19 -CR- 784 (GHW)

Defendant __Jorge Castillo__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

_X_ ~~Bail/Revocation/Detention Hearing~~

___ Status and/or Scheduling Conference

_X_ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Jorge Castillo**
Print Defendant's Name

_____
Defense Counsel's Signature

**John L. Russo**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

4/22/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge