USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

       -against-

JORGE CASTILLO,

              Defendant.

------------------------------------------------------------ X

1:19-cr-784-GHW

ORDER

GREGORY H. WOODS, District Judge:

After a jury trial that began on April 26, 2021, Defendant Jorge Castillo was found guilty of conspiracy to commit mail fraud under Count One of the Indictment in this case. After the jury returned its verdict, the Court heard proffers from the defendant and the United States. The Court did not find clear and convincing evidence that Mr. Castillo is not likely to flee.

Accordingly, Mr. Castillo's pre-trial release is REVOKED and he is remanded to the custody of the United States Marshals Service.

SO ORDERED.

Dated: May 6, 2021
New York, New York

GREGORY H. WOODS
United States District Judge