UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/5/2021
```

UNITED STATES OF AMERICA,

-against-

JORGE CASTILLO,

Defendant.

-----------------------------------------------------------X

1:19-cr-784-GHW

<u>ORDER</u>

GREGORY H. WOODS, District Judge:

The jury trial for Mr. Castillo began on April 26, 2021.  Defendant Jorge Castillo was found guilty of conspiring to commit mail fraud on May 6, 2021.  On August 5, 2021, the Court granted Defendant's application to adjourn the sentencing date to permit additional time for counsel for Defendant to prepare Defendant's sentencing submissions in connection with the sentencing.  Dkt. No. 113.

Defendant's sentencing submission was filed on September 3, 2021 (the "Sentencing Submission").  Dkt. No. 119.  While the submission recognizes that Mr. Castillo was found guilty of conspiracy to commit mail fraud, the Sentencing Submission's description of the offense conduct is not consistent with the facts of this case.  *See, e.g.*, Sentencing Submission at 6 ("The investigation of this case as it relates to Mr. Castillo commenced in January, 2020 as confidential sources reported that they had been in contact with Mr. Castillo concerning narcotics related transactions.").

The Court requests that counsel for Defendant review the Sentencing Submission and that counsel submit an updated sentencing submission to the Court no later than September 10, 2021. The deadline for the Government's sentencing submission is extended to September 17, 2021.

SO ORDERED.

Dated:  September 5, 2021
New York, New York

GREGORY H. WOODS
United States District Judge