```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                    -v-                                       :
                                                              :
                                                              :
    JORGE CASTILLO,                                           :
                                                              :
                                Defendant.                    :
------------------------------------------------------------- X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 9/16/2021 |

1:19-cr-784-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The sentencing proceeding scheduled in this matter for September 21, 2021 is adjourned to October 12, 2021 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 16, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge