USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                    :
UNITED STATES OF AMERICA,       :
                                                    :
                   -v-                                :                      1:19-cr-784-GHW
                                                    :
JORGE CASTILLO,                       :                          ORDER
                                                    :
                                     Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Government's September 17, 2021 request to extend the deadline to submit its sentencing submission, Dkt. No. 123, is granted. The deadline for the Government to submit its sentencing submission is extended to September 21, 2021.

SO ORDERED.

Dated: September 18, 2021
       New York, New York

                                                                  GREGORY H. WOODS
                                                            United States District Judge